# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Armond White, et al.
                            Plaintiff,

v.                                                      Case No.: 1:18−cv−01404
                                                          Honorable John J. Tharp Jr.

City of Chicago, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 7, 2023:

     MINUTE entry before the Honorable John J. Tharp, Jr: Minute entry [146] is stricken. Upon the parties' agreed request, the trial set for 10/16/23 stricken. The parties report that they have reached a settlement in this case. The parties are directed to submit a joint status report concerning the finalization of the settlement by September 29, 2023, if the case has not been dismissed pursuant to Rule 41 before that date. Plaintiffs' motion to bar Defendants' expert [100] is denied as moot. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.