IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARMOND WHITE and JOHNNY THOMAS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-1404 |
| | ) | |
| CITY OF CHICAGO and Chicago Police Officers | ) | Hon. John J. Tharp, Jr. |
| LUIS ESCOBEDO, ALEXANDRA BRANDT, | ) | |
| and FERNANDO SOTO, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,

*Jarrett Adams*
JARRETT ADAMS
Attorney for Plaintiffs
Law Offices of Jarrett Adams, PLLC
40 Fulton Street St, Floor 28
New York, NY, 10038
(646) 880-9707
Attorney No. 6324943

DATE: 9/15/2023

SHNEUR NATHAN
Special Assistant Corporation Counsel
Attorney for Defendants
Nathan & Kamionski LLP
33 W. Monroe, Suite 1830
Chicago, IL 60603
(312) 612-1955
Attorney No. 6294495

DATE: 9/15/23